United States District Court
Southern District of Texas

**ENTERED**

July 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANTOINETTE DICKSON, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25-CV-3189 |
| | § | |
| NEWREZ LLC d/b/a SHELLPOINT | § | |
| MORTGAGE SERVICING, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On March 18, 2026, this case was referred to United States Magistrate Judge Yvonne Y. Ho for all pretrial purposes. (Dkt. 11). Judge Ho filed a Memorandum and Recommendation on June 12, 2026, recommending that Defendants' motion to enforce a settlement agreement be granted and that this case be dismissed with prejudice. (Dkt. 14). On June 26, 2026, Plaintiff filed her objections. (Dkt. 15).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3). The Court has carefully considered Plaintiff's objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS**

2

Judge Ho's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1)    Judge Ho's Memorandum and Recommendation (Dkt. 14) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)    Defendants' motion to enforce settlement agreement (Dkt. 9) is **GRANTED**; and

(3)    Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on July 10, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2